IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. MARCUS AKIEM RICKETTS, *Defendant*. | Criminal Action No. 13-cr-60-1 |

## ORDER

**AND NOW**, this 10th day of January, 2024, upon consideration of Defendant Marcus Akiem Ricketts's motion to vacate his sentence pursuant to 28 U.S.C. § 2255, and the responses and replies thereto, and following an evidentiary hearing held on August 26, 2022, it is hereby **ORDERED** that:

1. Ricketts's motion (ECF No. 65) is **DENIED**.

2. Pursuant to Third Circuit Local Rule 22.2, it is recommended that a certificate of appealability be issued limited to Ricketts's claim that his guilty plea was not voluntary.

3. The Clerk of Court shall mark this case closed.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**

1